## McSWAIN v. STATE.
No. 23753.

Court of Criminal Appeals of Texas.
May 28, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of ·Austin, for the State.

DAVIDSON, Judge.

Appellant was convicted on a charge of misdemeanor theft and his punishment assessed at six months in jail.

The record is before us without a statement of facts or bills of exception. Nothing is presented to this court for review.

